### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANK MORRIS CROWLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-08-0357-F |
| ) | |
| DAVID PARKER, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER

The Report and Recommendation of Magistrate Judge Bana Roberts, dated April 10, 2008 (doc. no. 5) recommends that the motion for leave to proceed *in forma pauperis* (doc. no. 2) be denied and that this action be dismissed unless petitioner pays the filing fee. The Report is **ACCEPTED** and **ADOPTED** by the court. Accordingly, the motion for *in forma pauperis* status is **DENIED**. The subject matter of the Report is now moot, however, because petitioner has paid the filing fee. This action remains referred to the magistrate judge.

Dated this 14th day of May, 2008.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0357p002.wpd